AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 2 3 2026

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| MARIO D. GREEN | ) |
| | ) Case No.  4:17-cr-00039-JM-01 |
| | ) USM No. 31676-009 |
| | ) Molly Sullivan |
| | ) Defendant's Attorney |

## THE DEFENDANT:

☑  admitted guilt to violation of condition(s)   _Mandatory, Stand., Special_   of the term of supervision.

☐  was found in violation of condition(s) count(s)   _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 - Mandatory (3) | Failure to refrain from the unlawful use of a controlled substance | 03/18/2026 |
| 4 - Standard (1) | Failure to report to probation with 72 hours of release | 07/23/2023 |
| 5 - Standard (2) | Failure to report to probation, as directed | 03/13/2026 |
| 6 - Standard (4) | Giving untruthful employment information to probation | 02/20/2026 |

The defendant is sentenced as provided in pages 2 through   __3__   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑  The defendant has not violated condition(s) 1 - Mandatory (1) and 2 - Mandatory (2)   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  _1918_

Defendant's Year of Birth:     _1983_

City and State of Defendant's Residence:
Monticello, Arkansas

_04/23/2026_
Date of Imposition of Judgment

Signature of Judge

JAMES M. MOODY JR., U.S. DISTRICT JUDGE
Name and Title of Judge

_4/23/26_
Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 1A

Judgment—Page   2   of   3

DEFENDANT:  MARIO D. GREEN
CASE NUMBER:  4:17-cr-00039-JM-01

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 7 - Standard (7) | Failure to notify probation regarding employment change | 08/01/2025 |
| 8 - Standard (9) | Failure to notify probation about law enforcement contact | 03/09/2026 |
| 9 - Special (1) | Failure to participate in substance abuse treatment, as directed | 01/12/2026 |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT: MARIO D. GREEN
CASE NUMBER: 4:17-cr-00039-JM-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

NINE (9) MONTHS with no supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends designation to FCI Forrest City to allow the defendant to remain near his family.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL